IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Montgomery__ DIVISION

RECEIVED
2017 DEC 11  P 2:24

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Plaintiff(s): Betty Mae Shipp
2121 Council St
Mont AL 36108

v.

Defendant(s): State of Alabama
(Criminal Background
Checks) Voting procedure

CIVIL ACTION NO. 2:17-cv-833-MHT

JURY DEMAND (MARK ONE)
☒ YES   ☐ NO

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Betty Mae Shipp 2121 Council St. Montgomery, AL 36108; And 1207 Devonshire Dr. Montgomery AL 36116

2. Name and address of defendant(s): Alabama B/NC A background ck. Check (Double Jeopardy and Cruel and Unusual punishment). Not being allowed to vote/get housing.

3. Place of alleged violation of civil rights: Montgomery AL

4. Date of alleged violation of civil rights: Oct. 2017 (And December 12th, 2017)

5. State the facts on which you base your allegation that your constitutional rights have been violated: I was involved in a crime in which I was certified as an adult, and did my time (20 yrs.) and every time I try to vote I am convicted of murder again and refused. I am not on papers

1

6. Relief requested: I am disabled please grant a substainal hardship.

Date: 12/11/2017

Plaintiff(s) Signature

2