Affidavit =

Violation of Civil and Constituional Rights;

I Betty Mae Shipp, Civil and Constitual Rights are Violated; the enability to vote; due to double Joapory and it is believed Cruel and Unusual Punishment; I am also homeless due to this procedure, and being harmed psychially;

mailing:
Betty Shipp
1207 Devonshire Dr.
Montgomery, AL 36108

Betty Mae Shipp