IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
Montgomery DIVISION

RECEIVED
2017 DEC 11  P 2:24

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:17-cv-833-MHT

Betty Mae Shipp

Plaintiff(s)

v.

State of Alabama
(Criminal) Background
Check) Voting procedure

Defendant(s)

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff(s) __Betty Mae Shipp__

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

__Betty Shipp__
Plaintiff(s) signature