IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY MAE SHIPP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv833-MHT |
| | ) | (WO) |
| STATE OF ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff filed this lawsuit claiming that her civil rights had been violated because she was denied certain rights, including the right to vote, after being incarcerated. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's

recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of March, 2018.

                                         /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**